**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NEC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC.,<br><br>Defendant. | Civil Action No. 22-987 (CJB) |

**STIPULATION OF PARTIAL VOLUNTARY DISMISSAL**
**AND AGREEMENT NOT TO APPEAL**

Plaintiff NEC Corporation and Defendant Peloton Interactive, Inc. (collectively, the "Parties"), by their respective attorneys, hereby stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the voluntary dismissal with prejudice of all claims in this action relating to U.S. Patent No. 9,769,427 (the "'427 Patent");

NEC and any future assignees or exclusive licensees of the '427 Patent ("Assignees") further covenant not to sue (i) Peloton Interactive, Inc. and Precor Incorporated ("Peloton") or (ii) any successor to substantially all of the business or assets of one or more of the business units of Peloton ("Change of Control") in the future for infringement of the '427 Patent, provided that such covenant not to sue will not extend to any products or services sold or offered by any successor that pre-existed the Change of Control, and will only extend to any products and services sold or offered by Peloton that pre-existed the Change of Control and reasonable evolutions thereof; in addition, NEC and any Assignees further covenant not to knowingly assert any claim of infringement of the '427 Patent against any customer or distributor of Peloton to whom Peloton may owe a duty to indemnify in an action alleging infringement of the '427 Patent by any Peloton

products or services (collectively, the "Covenanted Entities"). In addition, in any litigation against any third party in which NEC or any Assignee asserts the '427 Patent, NEC or any Assignees shall not make any allegations that involve or rely upon infringement of the '427 Patent by the Covenanted Entities. NEC and Assignees will, as a condition of any assignment or exclusive license of the '427 Patent, secure from the subsequent Assignee a covenant to be bound by the terms of this agreement, and any assignment or exclusive license in violation of this provision will be null and void. If NEC or any Assignee brings any suit against a Covenanted Entity including claims alleging infringement of the '427 Patent based on the Covenanted Entity's use or distribution of Peloton products or services, NEC or the Assignee, as applicable, will dismiss such claims with 15 days of becoming aware or receiving notice and sufficient evidence of the customer or distributor relationship to establish the applicability of its obligations under this agreement.

Peloton further stipulates that it will forego any appeal of the Patent Trial and Appeal Board's Final Written Decision Determining No Challenged Claims Unpatentable for U.S. Patent No. 8,752,101 (the "'101 Patent") dated March 3, 2025;

Accordingly, the Parties further stipulate the case should proceed as to the '101 Patent and the other patent remaining in the case which was not subject to *inter partes* review, U.S. Patent No. 8,909,809.

Each party will bear its own costs and fees associated with the foregoing.

Dated: April 25, 2025

Respectfully,

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

Robert L. Maier (admitted *pro hac vice*)
Jennifer C. Tempesta (admitted *pro hac vice*)
Michael E. Knierim (admitted *pro hac vice*)
Thomas Natsume (admitted *pro hac vice*)
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 77912
Telephone: (212) 408-2500
Fax: (212) 408-2501
Robert.Maier@bakerbotts.com
Jennifer.Tempesta@bakerbotts.com
Michael.Knierim@bakerbotts.com
Thomas.Natsume@bakerbotts.com

*Attorneys for Plaintiff*
*NEC Corporation*

*/s/ Michael J. Flynn*
Karen Jacobs (#2281)
Michael J. Flynn (#5333)
Cameron P. Clark (#6647)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
mflynn@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant*
*Peloton Interactive, Inc.*

**SO ORDERED** this ____ day of April, 2025.

______________________________
The Honorable Christopher J. Burke