IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEC CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C.A. No. 22-987-CJB |
| ) | |
| PELOTON INTERACTIVE INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 30, 2025, the following documents were served on the persons listed below in the manner indicated:

1. Defendant's Notice of Subpoenas directed to Microsoft Corporation

2. Defendant's Notice of Subpoenas directed to RealNetworks LLC

**BY EMAIL**

Kenneth L. Dorsney
Cortlan S. Hitch
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6988
kdorsney@morrisjames.com
chitch@morrisjames.com

Lance J. Goodman
BAKER BOTTS L.L.P.
401 South 1st Street, Suite 1300
Austin, TX 78704
(512) 322-2500
lance.goodman@bakerbotts.com

Robert L. Maier
Jennifer C. Tempesta
Michael E. Knierim
Nick Palmieri
Kiyotoki Natsume
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
(212) 408-2500
robert.maier@bakerbotts.com
jennifer.tempesta@bakerbotts.com
michael.knierim@bakerbotts.com
nick.palmieri@bakerbotts.com
thomas.natsume@bakerbotts.com

|  |  |
|---|---|
|  | /s/ *Karen E. Keller* |
|  | Karen E. Keller (No. 4489) |
|  | Virginia K. Lynch (No. 7423) |
|  | SHAW KELLER LLP |
|  | I.M. Pei Building |
|  | 1105 North Market Street, 12th Floor |
|  | Wilmington, DE 19801 |
|  | (302) 298-0700 |
|  | kkeller@shawkeller.com |
|  | arussell@shawkeller.com |
|  | edibenedetto@shawkeller.com |
|  | glynch@shawkeller.com |
| Dated: July 30, 2025 | *Attorneys for Defendant Peloton Interactive Inc.* |