IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEC CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-987-CJB |
| | ) | |
| PELOTON INTERACTIVE INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE**

Defendant Peloton Interactive Inc. ("Peloton") respectfully moves this Court pursuant to Rule 45 to schedule a teleconference to address an outstanding dispute regarding discovery matters related to a subpoena served on non-party Microsoft Corporation as set forth in Peloton's October 17, 2025 letter. A copy of this motion has been served on Microsoft Corporation's counsel.

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
Virginia K. Lynch (No. 7423)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
glynch@shawkeller.com
*Attorneys for Defendant Peloton Interactive Inc.*

Dated: October 17, 2025