

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

February 13, 2026

**BY CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

  Re: *NEC Corporation v. Peloton Interactive Inc.,* C.A. No. 22-987-CJB

Dear Judge Burke:

  Pursuant to the Court's Oral Order of February 4, 2026 (D.I. 354), I write on behalf of defendant Peloton Interactive Inc. ("Peloton") and non-party Microsoft Corporation ("Microsoft") regarding the status of their discovery dispute.

  Peloton and Microsoft met and conferred on February 6, 2025.  Microsoft has agreed to search for the requested source code, as well as search its press release database for documents showing its date of release.  Peloton agrees to this scope of searching but reserves its rights to request follow-up searching.  Microsoft expects to have any responsive code available for review within three weeks, and the parties agree to work together to agree on a suitable review protocol and security measures.

  Given the above agreement, the parties also do not believe that further briefing on the Rule 45 issue is necessary at this time.  Peloton reserves its rights to update the Court should the parties reach an impasse

      Respectfully submitted,

      */s/ Nathan R. Hoeschen*

      Nathan R. Hoeschen (No. 6232)

cc: Clerk of the Court (by CM/ECF & Hand Delivery)
  All counsel of record (by CM/ECF & Email)
  Microsoft Corporation Counsel (by Email)