# Morris James LLP

Cortlan S. Hitch
302.888.6988
chitch@morrisjames.com

June 23, 2026

*VIA CM/ECF FILING*
Magistrate Judge Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

**Re:    *NEC Corporation v. Peloton Interactive, Inc.*, Civil Action No. 22-cv-987 (D. Del.) –
Letter Seeking Protective Order in View of Peloton Untimely Deposition of Microsoft**

Dear Judge Burke:

We have less than five weeks to trial and Peloton informed us yesterday it intends to take a third-party deposition of Microsoft this Friday, to then supplement and serve additional expert reports without leave of Court and with fact and expert discovery now long closed. This is highly prejudicial and would then require even further discovery by NEC. The parties met and conferred today to no avail. Peloton took the position it does not need leave of Court. We respectfully request that the Court issue an order prohibiting the Friday deposition.

This Court's scheduling order closed fact discovery on October 3, 2025, and expert discovery on January 23, 2026. On February 4, 2026, this Court addressed a third-party Microsoft source-code document production issue [D.I. 354] raised by Peloton [D.I. 310]. NEC objected then to this dilatory source-code discovery effort foreseeing this very type of ensuing harm to the case and trial schedule. [D.I. 318].

The Court denied Peloton's motion to compel the source-code production without prejudice [D.I. 354] but issued guidance. At no point since, however, has Peloton sought further assistance from this Court nor requested a schedule to depose Microsoft outside of fact and expert discovery, let alone serve additional substantive expert reports.[1] Trial is to begin July 27, 2026, with a pretrial conference set for July 17. There is no excuse for Peloton's delay then or now.

NEC respectfully requests that the Court Order that Peloton's planned deposition of Microsoft (and subsequent planned expert discovery related thereto) is untimely, and will not be permitted to proceed.

---

[1] Peloton also uses this discovery as a basis for its Rule 56(d) motion, further delaying resolution of matters in this case since March [D.I. 433]. NEC, as part of its opposition, put Peloton on notice of the importance of taking this discovery in a timely matter and that NEC would object if Peloton attempted to broaden discovery at this late stage [D.I. 479 at 2, 8, fn.1].

The Honorable Christopher J. Burke
June 23, 2026
Page 2

MorrisJames LLP

Respectfully,

*/s/ Cortlan S. Hitch*

Cortlan S. Hitch (#6720)
chitch@morrisjames.com


cc: All counsel of record (via CM/ECF and electronic mail)