**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| NEC CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 22-987-CJB |
| PELOTON INTERACTIVE, INC., | ) ) | |
| Defendant. | ) ) | |

### PLAINTIFF'S MOTION TO PROHIBIT FURTHER DISCOVERY BY DEFENDANT

Pursuant to the Court's June 24, 2026 Oral Order (D.I. 554), Plaintiff NEC Corporation ("NEC") respectfully files this motion pursuant to D. Del. LR 7.1.2(a), and Federal Rules of Civil Procedure 16(b)(4), 26, and 30 for an order prohibiting Defendant Peloton Interactive Inc. ("Peloton") from taking or producing any further third party or expert discovery in this matter related to Microsoft Smooth Streaming. The grounds for this motion are set forth in NEC's Letter (D.I. 553) filed June 23, 2026.

Pursuant to District of Delaware Local Rule 7.1.1, counsel for Plaintiff certifies that it has met and conferred with opposing counsel (including Delaware counsel) on these issues and the parties were unable to reach agreement.

 Dated: June 24, 2026

       */s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Plaintiff NEC Corporation*

1

2

**SO ORDERED** this _____ day of _____, 2026.

_____
The Honorable Christopher J. Burke
United States Magistrate Judge