# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEC CORPORATION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 22-987-CJB |
| PELOTON INTERACTIVE, INC., | ) ) ) | |
| Defendant. | ) ) | |

## <u>VERDICT FORM</u>

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that you were given in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein:

1. "NEC" refers to Plaintiff NEC Corporation

2. "Peloton" refers to Defendant Peloton Interactive, Inc.

3. The "'101 Patent" refers to U.S. Patent No. 8,752,101

**Please proceed to Question No. 1.**

**(Please note that text in bold in this Jury Verdict form provides instructions to guide you through this form.)**

## INFRINGEMENT

### Direct Infringement

1.      Did NEC prove, by a preponderance of the evidence, that Peloton directly infringed any of the following claims of the '101 Patent?

*Please check "Yes" (for NEC) or "No" (for Peloton) for each accused video player and for each claim.*

| Accused Video Player | Claim 1 | Claim 11 | Claim 22 | Claim 26 |
|---|---|---|---|---|
| **Google ExoPlayer/ Media3** | Yes _____ <br><br> No _____ | Yes _____ <br><br> No _____ | Yes _____ <br><br> No _____ | Yes _____ <br><br> No _____ |
| **Apple AVPlayer** | Yes _____ <br><br> No _____ | Yes _____ <br><br> No _____ | Yes _____ <br><br> No _____ | Yes _____ <br><br> No _____ |

**Please proceed to Question No. 2.**

## Induced Infringement

2.     Did NEC prove, by a preponderance of the evidence, that Peloton actively induced a Peloton customer (or customers) to directly infringe any of the following claims of the '101 Patent through use of any of the following accused video players?

*Please check "Yes" (for NEC) or "No" (for Peloton) for each accused video player and for each claim.*

| Accused Video Player | Claim 1 | Claim 11 | Claim 22 | Claim 26 |
|---|---|---|---|---|
| **Google ExoPlayer/ Media3** | Yes _____<br>No _____ | Yes _____<br>No _____ | Yes _____<br>No _____ | Yes _____<br>No _____ |
| **Apple AVPlayer** | Yes _____<br>No _____ | Yes _____<br>No _____ | Yes _____<br>No _____ | Yes _____<br>No _____ |

**Please proceed to Question No. 3.**

## Contributory Infringement

3.      Did NEC prove, by a preponderance of the evidence, that Peloton contributed to the direct infringement by a Peloton customer (or customers) of any of the following claims of the '101 Patent through use of any of the following accused video players?

*Please check "Yes" (for NEC) or "No" (for Peloton) for each accused video player and for each claim.*

| Accused Video Player | Claim 1 | Claim 11 | Claim 22 | Claim 26 |
|---|---|---|---|---|
| **Google ExoPlayer/ Media3** | Yes _____ <br> No _____ | Yes _____ <br> No _____ | Yes _____ <br> No _____ | Yes _____ <br> No _____ |
| **Apple AVPlayer** | Yes _____ <br> No _____ | Yes _____ <br> No _____ | Yes _____ <br> No _____ | Yes _____ <br> No _____ |

**Please proceed to Question No. 4.**

# INVALIDITY

## Written Description

4.      Did Peloton prove, by clear and convincing evidence, that any of the following claims of the '101 Patent are invalid because they lack an adequate written description in the specification of the '101 Patent?

*Please check "Yes" (for Peloton) or "No" (for NEC) for each claim.*

| Claim | Yes (for Peloton) | No (for NEC) |
|---|---|---|
| Claim 1 | | |
| Claim 11 | | |
| Claim 22 | | |
| Claim 26 | | |

**Please proceed to the next page.**

**If you:**

(A) Answered "Yes" for any of the claims in Question Nos. 1–3 (in other words, you found any of the claims of the '101 Patent to be infringed),

AND

(B) Answered "No" for any of the *same* claim(s) in Question No. 4 (that is, you found the same claim that is infringed to not be invalid),

THEN please proceed to the following questions (Question Nos. 5–7).

Otherwise, do not answer Question Nos. 5–7, and instead please proceed directly to the final page of the Jury Verdict and sign and date that page.

## <u>DAMAGES</u>

5.      What is the amount of damages NEC has proven by a preponderance of the evidence to be reasonable to compensate NEC for Peloton's infringement?

$ _____

6.      If you wrote an amount above in Question No. 6, is the amount a one-time lump sum payment or a running royalty through the date of trial?

*Please check "Lump Sum" (for Peloton) or "Running Royalty" (for NEC).*

| Lump Sum<br>(for Peloton) | Running Royalty<br>(for NEC) |
|---|---|
|  |  |

**Please proceed to Question No. 7.**

## WILLFUL INFRINGEMENT

7.    Did NEC prove, by a preponderance of the evidence, that Peloton's infringement was willful?

*Please check "Yes" (for NEC) or "No" (for Peloton).*

| Yes (for NEC) | No (for Peloton) |
|---|---|
|  |  |

**Please proceed to the final page of the Jury Verdict.**

<u>**UNANIMOUS VERDICT**</u>

**Upon reaching a unanimous verdict on each question above, each juror must sign below.**

We, the jury, unanimously agree to the answers to the above questions and return the completed form under the instructions of the Court as our verdict in this case.

Date: _____

Signed:   _____
Jury Foreperson

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror