**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| NEC CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-987-CJB |
| | ) | |
| PELOTON INTERACTIVE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS the parties are currently due to file a redacted version of the Revised Proposed Pretrial Order, (D.I. 646; D.I. 647) on Friday, July 31, 2026; and a 5-day jury trial is set to run through July 31, 2026;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline to file the public redacted versions of the Revised Joint Proposed Pretrial Order, (D.I. 646; D.I. 647), and other confidential papers filed on the docket during the week of trial is extended to August 14, 2026.

1

Dated: July 31, 2026

MORRIS JAMES LLP

  /s/ Cortlan S. Hitch
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Plaintiff NEC Corporation*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Karen Jacobs
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
mflynn@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant Peloton
Interactive Inc.*

**SO ORDERED** this _____ day of July, 2026.

_____
Christopher J. Burke
UNITED STATES MAGISTATE JUDGE

2