**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| NEC CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 22-987-CJB |
| PELOTON INTERACTIVE, INC., | ) ) ) | |
| Defendant. | ) | |

## NON-FINAL JUDGMENT AFTER JURY VERDICT

This action came before the Court for trial before a duly impaneled and sworn jury beginning on July 27, 2026. The issues have been tried, and on July 31, 2026, the jury returned a unanimous verdict. D.I. 656.[1]

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to Rule 58 of the Federal Rules of Civil Procedure, that:

1.  Judgment is entered in favor of Plaintiff NEC Corporation ("NEC"), and against Defendant Peloton Interactive, Inc. ("Peloton"), on NEC's claims that Peloton directly infringed each of claims 1, 11, 22, and 26 (the "Asserted Claims") of U.S. Patent No. 8,752,101 (the "'101 Patent") with respect to accused players Google ExoPlayer/Media3 and Apple AV Player.

2.  Judgment is entered in favor of Peloton, and against NEC, on NEC's claims that Peloton actively induced a Peloton customer (or customers) to directly infringe any of the Asserted

---

[1] The public redacted version of the Jury Verdict is located at D.I. 657.

1

Claims of the '101 Patent with respect to accused players Google ExoPlayer/Media3 and Apple AV Player.

3.  Judgment is entered in favor of Peloton, and against NEC, on NEC's claims that Peloton contributed to the direct infringement by a Peloton customer (or customers) of any of the Asserted Claims of the '101 Patent with respect to accused players Google ExoPlayer/Media3 and Apple AV Player.

4.  Judgment is entered in favor of NEC, and against Peloton, on Peloton's counterclaims that the Asserted Claims of the '101 Patent are invalid for lack of adequate written description under 35 U.S.C. § 112.

5.  Judgment is entered in favor of Peloton, and against NEC, on NEC's claims that Peloton's infringement of the Asserted Claims of the '101 Patent was willful.

6.  Damages are awarded to NEC in the amount of $20,500,000 as a running royalty for the period beginning with the date of the complaint (D.I. 1) through the date of trial for Peloton's infringement of the Asserted Claims of the '101 Patent with respect to accused players Google ExoPlayer/Media3 and Apple AV Player.

This Judgment is not a final judgment, and instead serves to trigger the time for filing post-trial motions only on issues that were decided by the jury. A separate, appealable final judgment on all claims will issue pursuant to Fed. R. Civ. P 54(b) following this Court's ruling on post-trial motions on issues that were decided by the jury, or if no post-trial motion is filed, within 28 days of the entry of this judgment.

If appropriate, the Court will address the issue of costs pursuant to D. Del. LR 54.1(a)(1).

IT IS SO ORDERED AND ADJUDGED.


SIGNED this 12th day of August, 2026.


Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE


3